602

387 A.2d 107

Commonwealth v. Lanier, Appellant.

Argued December 9, 1977. Kenneth N. Garber, with him Costigan, Garber & Rubin, for appellant; Mark E. Gottlieb, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.

387 A.2d 108

Commonwealth v. Martino, Appellant.

Argued December 14; 1977. Edward D. Martino, appellant, in propria persona; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.